IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NIKKI VANHORN; STORME HASKINS;
DEAN MORRISON; DAMIEN MITCHELL;
and WHITTNEY MITCHELL; Each
Individually and on Behalf of All Others
Similarly Situated                                                                    PLAINTIFFS

v.                                          No. 4:20-cv-118-DPM

COMMUNITY BUILDERS,
INCORPORATED; CBI HOME
IMPROVEMENTS; and GREG WOLTER                                          DEFENDANTS

## JOINT MOTION FOR STIPULATED COLLECTIVE ACTION SETTLEMENT AND SETTLEMENT APPROVAL

Come the Plaintiffs, Nikki Vanhorn, Storme Haskins, Dean Morrison, Damien Mitchell, and Whittney Mitchell ("Named Plaintiffs"), individually and on behalf of others similarly situated (together "Plaintiffs"), by and through their attorneys, Sanford Law Firm, PLLC, together with Defendants, Community Builders, Incorporated, CBI Home Improvements, and Greg Wolter ("Defendants"), by and through their attorneys, Fuqua Campbell, PA, and for their Joint Motion for Stipulated Collective Action Settlement and Settlement Approval, the parties state:

1.      Named Plaintiffs filed suit against Defendants alleging violations under the Federal Labor Standards Act and the Arkansas Minimum Wage Act. More specifically, Named Plaintiffs identified two FLSA and AMWA violations: (1) Defendants' failure to include bonuses paid to hourly employees in the employees' regular rate of pay for overtime hours, and (2) Defendants' failure to pay hourly employees for all hours worked. *See* Amended Complaint (ECF 10). Defendants denied these allegations and asserted that they complied with federal and state laws. *See* Answer (ECF 14-16).

2. The parties have reached an agreement resolving all claims asserted in the Amended Complaint (ECF 10) and all claims under federal, state, and common law for hours worked from February 4, 2017, through the date of execution of the Settlement Agreement. *See* Exhibit 1, Settlement Agreement.

3. The settlement, if approved, will result in Defendants paying to Plaintiffs their individual amounts calculated in the manner set forth in the brief filed in support of this Joint Motion and as reflected in the Settlement Agreement. *See* Exhibit 1.

4. The parties believe the Settlement Agreement is fair, reasonable, and adequate.

5. The attorney's fees included within the settlement agreement were separately negotiated. Accordingly, the Parties do not seek approval of this portion of the agreement.

6. Upon approval of the Settlement Agreement, no further matters remain for the Court and the case should be dismissed with prejudice.

7. This Joint Motion is supported by a contemporaneously filed brief.

WHEREFORE, the parties respectfully request that the Court approve their executed Settlement Agreement, dismiss this lawsuit with prejudice, and retain jurisdiction in this matter through the settlement administration period.

    Respectfully submitted,

    Sanford Law Firm, PLLC
    10800 Financial Centre Pkwy, Suite 510
    Little Rock, Arkansas 72211

    Colby Qualls, Arkansas Bar No. 2019246
    colby@sanfordlawfirm.com

    Josh Sanford, Arkansas Bar No. 2001037
    josh@sanfordlawfirm.com

    *Counsel for Plaintiffs*

Fuqua Campbell P.A.
Riviera Tower
3700 Cantrell Road, Ste. 205
Little Rock, AR 72202

Phil Campbell, Arkansas Bar No. 881028
pcampbell@fc-lawyers.com

Chris Stevens, Arkansas Bar No. 2012289
cstevens@fc-lawyers.com

*Counsel for Defendants*