IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NIKKI VANHORN;  STORME HASKINS;
DEAN MORRISON;  DAMIEN MITCHELL;
and WHITTNEY MITCHELL, Each Individually
and on Behalf of All Others Similarly Situated          PLAINTIFFS

v.                          No. 4:20-cv-118-DPM

COMMUNITY BUILDERS,
INCORPORATED;  CBI HOME
IMPROVEMENTS;  and GREG WOLTER          DEFENDANTS

## ORDER

Joint motion, *Doc. 56*, granted.  The proposed settlement is fair, reasonable, and adequate.  *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982);  *see also Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 1027 (8th Cir. 2019);  *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018).  It reflects a good-faith compromise of a bona fide dispute over wages.  And the attorney's fee was negotiated after the merits were resolved and separately.  *Compare Vines v. Welspun Pipes Inc.*, 2021 WL 3640219, at *3 (8th Cir. 18 August 2021).  The Court will dismiss the complaint with prejudice and retain jurisdiction until 31 January 2022 to enforce the settlement.

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

31 August 2021