IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NIKKI VANHORN; STORME HASKINS;
DEAN MORRISON; DAMIEN MITCHELL;
and WHITTNEY MITCHELL, Each Individually
and on Behalf of All Others Similarly Situated             PLAINTIFFS

v.                         No. 4:20-cv-118-DPM

COMMUNITY BUILDERS,
INCORPORATED; CBI HOME
IMPROVEMENTS; and GREG WOLTER              DEFENDANTS

## JUDGMENT

Plaintiffs' complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

31 August 2021